```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

RANDY LANGER, et al.          :        CIVIL ACTION
                              :
    v.                          :
                              :
CAPITAL ONE AUTO FINANCE      :        NO. 16-6130

## SECOND SCHEDULING ORDER

AND NOW, this 7th day of February, 2017 following a status conference with counsel, it is hereby ORDERED that:

(1) The First Scheduling Order dated December 16, 2016 (Doc. # 8) is VACATED.

(2) Defendant shall produce on or before March 7, 2017 the original loan files, activity files, and correspondence files of a randomly selected 10% of the putative class members.

(3) Any supplemental memorandum in support of the motion for class certification shall be filed on or before April 17, 2017.

(4) Any responsive brief to the motion for class certification shall be filed and served on or before May 1, 2017.

(5) Any reply brief to any responsive brief to the motion for class certification shall be filed and served on or before May 10, 2017.

  (6) No brief filed in support of or in opposition to any motion shall exceed 25 pages in length without prior leave of court.

  (7) Every factual assertion set forth in any brief shall be supported by a citation to the record where that fact may be found.

          BY THE COURT:

          /s/ Harvey Bartle III
                  J.