IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY LANGER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAPITAL ONE AUTO FINANCE | : | NO. 16-6130 |

ORDER

      AND NOW, this 7th day of February, 2017, following a status conference with counsel, it is hereby ORDERED that the motion of defendant to "compel production of auto loan files" (Doc. # 11) is denied as moot.  See Second Scheduling Order dated February 7, 2017.

BY THE COURT:


/s/ Harvey Bartle III
                     J.