10/11/2016								IBM Content Navigator Viewer


**Capital One® Auto Finance**

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-946-0332

07/03/15

Account #: 6206211870195
Vehicle: 07 TOYOTA SCION
VIN: JTKDE177870196199

RANDY T LANGER
JAMES M LANGER
606 SUMMITT ST
MC KEESPORT, PA 15132-1355

### Explanation of Calculation of Surplus or Deficiency

Dear RANDY T LANGER
      JAMES M LANGER

Capital One Auto Finance is the owner and holder of the above referenced account. Under the terms of the Retail Installment Contract and Security Agreement for the account, and pursuant to applicable law, Capital One Auto Finance sold the collateral (vehicle) pledged to secure the indebtedness for the sum of $4,700.00. After applying the net proceeds from the sale, along with any applicable refunds, as required by the terms and conditions of the loan contract, a Deficiency Balance remains, in the amount of $5,500.77, for which you remain liable under your Agreement.

The Deficiency/Surplus Balance was calculated as follows:

| | | |
|---|---|---|
| Aggregate Amount Owed | | $9,471.58 |
| Proceeds from sale of Collateral | (-) | $4,700.00 |
| Subtotal | = | $4,771.58 |
| Expenses for the retaking, holding, preparing for disposition, processing and disposing of the collateral, including attorney fees and interest | (+) | $729.19 |
| Credits for refunds of insurance premiums, service contracts, GAP | (-) | $0.00 |
| Rebates of unearned interest or credit service charge | (-) | $0.00 |
| The amount of the deficiency as of 07/03/15 | = | $5,500.77 |

Future expenses, charges, additional interest, credits and refunds may affect the amount of the deficiency/surplus. The above referenced deficiency balance is due in full. Your immediate attention is requested. Please remit payment of the full deficiency balance to

Capital One Auto Finance
P.O Box 261930
Plano, TX 75026-1930

You may contact Capital One Auto Finance at the above address or by calling us at 1-800-946-0332, Monday through Friday, from 8:00 a.m. to 9:00 p.m. Eastern Time, if you wish to have additional information about the transaction. You are entitled without charge to one explanation of calculation of surplus or deficiency during any 6 month period in which you did not receive an explanation.

This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.

All of Capital One Auto Finance's claims, demands and accruals regarding the above described indebtedness, whenever made and whether for principal, interest or otherwise, are intended to comply in all respects, both independently and collectively, with applicable laws, and are accordingly limited so that applicable laws are not violated.

Sincerely,
Capital One Auto Finance

Capital One Auto Finance is a division of Capital One, National Association, and services the following Capital One affiliated company: Onyx Acceptance Corporation.

Deficiency_Balance_Gen_600								Page 1 of 1


EXHIBIT 8 (tabbies®)

COAF_000110