IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RANDY LANGER, et al. : CIVIL ACTION
:
   v. :
:
CAPITAL ONE AUTO FINANCE : NO. 16-6130

ORDER

AND NOW, this 23rd day of January, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs to remand this action to the Court of Common Pleas of Philadelphia County (Docs. ## 65 & 66) is DENIED.

                                     BY THE COURT:

                                     /s/ Harvey Bartle III
                                                                  J.