IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY AND JAMES LANGER,<br><br>    Plaintiffs<br><br> v.<br><br>CAPITAL ONE AUTO FINANCE, a division of CAPITAL ONE, N.A.,<br><br>    Defendant | CIVIL ACTION NO. 16-6130<br>Class Action |

**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASSES, AND APPROVAL OF CLASS SETTLEMENT NOTICE**

   Defendant, Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), by and through its counsel, hereby submits this statement of non-opposition to Plaintiffs' Uncontested Motion for Preliminary Settlement Approval, Conditional Certification of Settlement Classes, and Approval of Class Settlement Notice (ECF No. 93) (the "Motion"). COAF does not oppose the entry of a Preliminary Approval Order in the form attached to the Motion.

Dated: May 17, 2019

                    Respectfully submitted,

                    /s/ Joseph T. Kelleher
                    Joseph T. Kelleher (Pa. I.D. 202786)
                    Samantha Kats (Pa. I.D. No. 316178)
                    STRADLEY RONON STEVENS & YOUNG, LLP
                    2005 Market Street, Suite 2600
                    Philadelphia, PA 19103

                    Burt M. Rublin (Pa. I.D. 32444)
                    Daniel JT McKenna (Pa. I.D. 93930)
                    BALLARD SPAHR LLP
                    1735 Market Street, 51st Floor
                    Philadelphia, PA 19103-7599

                    *Counsel for Defendant*