IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY LANGER, et al. | : | CIVIL ACTION |
| v. | : | |
| CAPITAL ONE AUTO FINANCE, a division of Capital One, N.A. | : | NO. 16-6130 |

ORDER

AND NOW, this 27th day of November, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of attorney Rudy A. Fabian for an award of attorney fees (Doc. # 103) is DENIED without prejudice to his right to file a separate action against Richard E. Shenkan and Shenkan Injury Lawyers, LLC.

BY THE COURT:

/s/ Harvey Bartle III
J.