IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY LANGER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAPITAL ONE AUTO FINANCE | : | NO. 16-6130 |

ORDER

AND NOW, this 2nd day of December, 2019, it is hereby ORDERED that:

(1) The court approves Class Counsel Fees in the total amount of $2,600,000 plus Class Counsel Costs incurred to date in the amount of $49,011.81 as fair and reasonable. See, e.g., In re Prudential Ins. Co. Am. Sales Practice Litig., 148 F.3d 283, 334-42 (3d Cir. 1998).

(2) Class Settlement Administrator BrownGreer, PLC is directed to release these funds from escrow and to disperse them to Class Counsel Richard Shenkan.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.